No. 830. CHICAGO, INDIANAPOLIS AND LOUISVILLE RAILWAY COMPANY v. ALVA CRAWFORD. February 28, 1927. Petition for a writ of certiorari to the Appellate Court for the First District of the State of Illinois denied. *Messrs. John D. Black* and *Edward G. Ince* for petitioner. *Messrs. Morse Ives* and *Herbert H. Patterson* for respondent.

---

No. 831. NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY v. AGNES SULLIVAN. February 28, 1927. Petition for a writ of certiorari to the Supreme Court of Errors, Third Judicial District of the State of Connecticut, denied. *Mr. John M. Gibbons* for petitioner. No appearance for respondent.

---

No. 832. SAVERIA SPREMULLI v. HENRY H. CURRAN, COMMISSIONER OF IMMIGRATION. February 28, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Roger O'Donnell* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for respondent.

---

No. 833. JOHN H. PARROTT v. JOHN C. NOEL, COLLECTOR OF INTERNAL REVENUE. February 28, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourt Circuit denied. *Mr. Homer Sullivan* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Messrs. K. L. Campbell, A. W. Gregg,* and *William T. Sabine, Jr.,* for respondent.

---

No. 834. H. R. DAVIS, FOR THE USE AND BENEFIT OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, v. S. J. MCFARLAND ET AL. February 28, 1927. Petition for a